REVISED 01/26

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

PATRICK SULLIVAN, MARIE
SULLIVAN AND ALAN E. FISCHER, III,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED
      Plaintiffs,

v.                                                          Case No. 5:26-CV-00220-PGB-PRL

UNITED STATES OF AMERICA,
      Defendant.

_____

### PLAINTIFFS' DISCLOSURE STATEMENT (CIVIL) UNDER
### RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   Not Applicable.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   See Complaint identifying potential class members:

   In paragraph 20:

1

REVISED 01/26

| | | |
|---|---|---|
| 1 | Benjamen S. Burlew | |
| 2 | Eric Clark | |
| 3 | Phillip M Crawford Jr | |
| 4 | Joshua Dale | |
| 5 | David Davis | |
| 6 | Mary DeWolfe | |
| 7 | Troy Faulkner | |
| 8 | Alan E. Fischer III | |
| 9 | Joseph R. Fisher | |
| 10 | Kathie Heering | |
| 11 | Jon Heneghan | |
| 12 | Kari Hoffman | |
| 13 | Luciana Hoffman | |
| 14 | Luke Hoffman | |
| 15 | Annie Howell | |
| 16 | Andrew P Johnson | |
| 17 | Debra Maimone | |
| 18 | Leslie Mcgrew | |
| 19 | Michael Oliveras | |
| 20 | Ronald Palentchar | |
| 21 | Joseph Pavlik | |
| 22 | Dominic Pezzola | |
| 23 | Mark Roger Rebegila | |
| 24 | Howard C. Richardson | |
| 25 | Daniel Shaw | |
| 26 | Michelle Stauder | |
| 27 | Marie Sullivan | |
| 28 | Patrick Sullivan | |
| 29 | Chance Uptmore | |
| 30 | Annie Vo | |
| 31 | Philip C. Vogel II | |
| 32 | Deborah Wagner | |
| 33 | Michelle Weller | |
| 34 | Peter J. Willey Jr | |
| 35 | Christopher J Worrell | |

2

REVISED 01/26

In paragraph 21:

| | | |
|---|---|---|
| 1 | Sherry Arnold | |
| 2 | Craig Bingert | |
| 3 | Tammy Butry (Bronsburg) | |
| 4 | David Camden | |
| 5 | Curtis Davis | |
| 6 | Anthime Gionet | |
| 7 | Sarah Holmes | |
| 8 | Shane Jenkins | |
| 9 | Ken Rader, II | |
| 10 | Kenneth Reda | |
| 11 | Tyler Slacker | |

**3.** Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

None.

3

REVISED 01/26

4.  If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

    Not Applicable.


5.  Identify any entity or natural person not already disclosed and likely to actively participate in this action.

    None.

6.  Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

    None known.

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7.  If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

    Not Applicable; not a diversity case.

4

REVISED 01/26

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

Not a diversity case. Jurisdiction and Venue are provided under 28 U.S.C. § 1402. Plaintiffs Patrick Sullivan, Marie Sullivan and Alan E. Fischer, III are all citizens of the United States and reside in the Middle District of Florida.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:

/s/ Austin Carr

Austin Carr, Esq.
6314 Engram Road
New Smyrna Beach, FL 32169
austin@austincarrlaw.com
786-282-2882

Date: April 8, 2026

5