UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICK SULLIVAN, MARIE
SULLIVAN, ALAN E.
FISCHERIII, INDIVIDUALLY
AND ON BEHALF OF ALL
OTHERS SIMILARLY
SITUATED;

      Plaintiffs,

v.                                                      Case No.:  5:26-cv-00220-PGB-PRL

UNITED STATES OF AMERICA,

      Defendant,

_____

### Notice of Pendency of Other Action - CLOSED CASE

In accordance with Local Rule 1.07, I certify that the instant action:

✓    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
*Fischer v. Dist. Columbia and U.S. Capitol Police, et al.*, Case No. 1:24-cv-00044 (D.D.C.), was civil rights case alleging claims under 42 USC 1983 and *Bivens*. The U.S. argued that plaintiff had an alternative remedy under the FTCA (D.E.#23, p. 26). The court agreed and dismissed. (D.E.#32, p.34).

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Plaintiff(s) Counsel of Record
Austin Carr, Esq.
6314 Engram Road
New Smyrna Beach, FL 32169
786-282-2882

_____
Defendant(s) Counsel of Record
or Pro Se Party
[Address and Telephone]