IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Patrick Sullivan, Marie Sullivan,
and Alan E. Fischer, III,

       Plaintiffs,

vs.                             Case no. 5:26-cv-220-PGB-PRL

United States of America,

       Defendants.
_____/

**UNITED STATES OF AMERICA'S MOTION
FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. 6(b)(1)(A), the defendant United States of America hereby moves for a thirty day extension of time to and including July 2, 2026, within which to respond to the complaint in this matter. The United States refers to its memorandum of law below for the reasons underlying this request.

Pursuant to Local Rule 3.01(g), the undersigned has attempted to confer by email and telephone with plaintiffs' counsel concerning the request. As yet we have been unable to make contact with counsel either way. We will inform the Court of the plaintiffs' position as soon as it is made known to us.

Memorandum of Law

This case was initiated with the filing of the complaint on March 30, 2026.  Doc. 1.  The summons and complaint were served upon the United States Attorney on April 3, 2026, which would fix the deadline for responding to the complaint on or before June 2, 2026.  See Fed. R. Civ. P. 12(a)(3).

The complaint alleges claims by a purported class of people who interacted with law enforcement at the Capitol Building in Washington, D.C. on January 26, 2021.  See Doc. 1 at 2, 4-6.  The complaint seeks damages from alleged negligence by police officers (Count 1), assault by police officers (Count 2), and negligent supervision of the Metropolitan Police Department by the Capitol Police as they responded to the incidents described in the complaint.  *Id*. at 10-14.

The complaint seeks relief on behalf of a class of "[a]ll persons who were on the west terrace, west plaza, west steps and/or west lawn of the U.S. Capitol Building on January 6, 2021 who were struck by weapons or exposed to chemicals launched or thrown or weapons used by law enforcement personnel or struck directly by law enforcement personnel."  *Id.* at 6. According to the plaintiffs, the class is "numerous, consisting of hundreds or potentially thousands of individuals."  *Id.*  The complaint alleges claims by forty six specifically identified individuals, as well as "many others who meet

the proposed class membership definition but have not submitted [administrative claims]." *Id*. at 7-8.

Rule 6(b)(1) provides that a requested extension of time may be granted for "good cause" when submitted prior to the expiration of the deadline. Good cause exists here. The potential scale of this case is unusual, particularly in that it alleges four dozen individuals specifically identified class members and their interaction with untold numbers of police officers on the day in question. As noted above, the complaint claims that the class could number in the thousands. In order to conduct the necessary preliminary investigation and consult with the agency and law enforcement representatives with knowledge of the facts of this case, to the degree that is necessary to inform the undersigned of the potential defenses to these claims, the United States respectfully requests the Court extend its deadline for responding to the complaint by thirty days, to and including July 2, 2026.

Local Rule 3.01(g) Certificate

The undersigned has attempted without success to confer with counsel for the plaintiffs concerning the requested relief. We will supplement this certificate with the plaintiffs' position as soon as it is made known to us.

WHEREFORE, the United States respectfully requests the Court to extend its deadline for responding to the complaint to and including July 2, 2026.

Dated: June 1, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


/s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
Lead counsel
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF filing system, which will send an electronic notice of filing.

/s/ *Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant United States Attorney