IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Patrick Sullivan, Marie Sullivan,
and Alan E. Fischer, III,

       Plaintiffs,

vs.                                                                 Case no. 5:26-cv-220-PGB-PRL

United States of America,

       Defendants.

_____/

**UNITED STATES OF AMERICA'S SUPPLEMENTARY
LOCAL RULE 3.01(g) CERTIFICATE**

The United States of America hereby supplements the Local Rule

3.01(g) certificate associated with its motion for extension of time.  Doc. 10.

The plaintiffs through their counsel have consented to the requested extension

of time.

Dated: June 1, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
Lead counsel
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF filing system, which will send an electronic notice of filing.

/s/ *Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant United States Attorney