UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Patrick Sullivan, et al.,

      Plaintiffs,

vs.                                                            Case no. 5:26-cv-220-PGB-PRL

United States of America,

      Defendant.

_____/

### DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                            *Fischer v. District of Columbia, et al.,* case no. 24-cv-00044 (CRC) (D.D.C.) (dismissed with prejudice)

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

*/s/Lacy R. Harwell, Jr.*_____
Lacy R. Harwell, Jr., AUSA
Counsel for the United States on behalf of defendant United States
Dated: Jan. June 11, 2026