UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Patrick Sullivan, et al.,

      Plaintiffs,

vs.                                              Case no. 5:26-cv-220-PGB-PRL

United States of America,

      Defendant.

_____/

### DEFENDANT'S CONSENTED TIME SENSITIVE MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE

Defendant United States of America respectfully moves the Court to continue the in person June 24, 2026 preliminary pretrial conference in this matter to any date at the Court's convenience on or after July 10, 2026 because the undersigned lead counsel is scheduled to be out of state for the next two weeks beginning Monday, June 22. Because the Court has emphasized that the hearing is to be in person, the United States suspects that the Court will not want to revisit that requirement. As an alternative, the Defendant asks leave to permit co-counsel for the defendant to appear at the conference in place of undersigned lead counsel.

For purposes of Local Rule 3.01(g), the plaintiffs consent to either form of relief.

This case was filed as a class action on behalf of dozens of persons allegedly assaulted by law enforcement during a protest on the Capitol grounds on January 6, 2021. Doc. 1. The plaintiffs and defendant jointly sought a preliminary pretrial conference to discuss case management issues, due to the presence of threshold legal issues, the potential complexity of the case, the added feature of class certification issues and substantial discovery burdens. Doc. 14. The Court granted the motion and has scheduled an in person hearing for June 24, 2026 at 11 am. Doc. 15, 16.

Unfortunately, the undersigned lead counsel is scheduled to be out of state for two weeks beginning Monday, June 22 and is unable to attend the hearing in person. We deeply regret the need to make this request but respectfully move the Court to reschedule the conference to any date after July 10, 2026[1] so that lead counsel may attend in person.

Alternatively, should that brief continuance not be possible or acceptable, the defendant is prepared to send co-counsel to the hearing in place of the undersigned to discuss these issues. We understand the Court typically expects lead counsel to attend and conduct such a hearing, and we ask the Court permit an exception to the general practice. Co-counsel would

---

[1] Although the undersigned will return to the office on July 6, 2026, plaintiffs' counsel will be out of the office from July 6 through July 9, 2026.

obviously be prepared to address case management questions and in a way that will assist the Court in framing deadlines for the case.

Again, we are chagrined to find ourselves asking for this relief and of course are prepared to comply with any order that may issue in response to this motion.  For all the foregoing reasons, the United States asks the Court to continue the preliminary pretrial conference by two weeks or alternatively to permit co-counsel to appear at the conference in place of undersigned lead counsel.  The plaintiffs consent.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/Lacy R. Harwell, Jr.
Lacy R. Harwell, Jr.
Assistant U.S. Attorney
FBN 714623
Office of the U.S. Attorney
400 N. Tampa St., Ste 3200
Tampa, FL  33602
Tele. 813 274-6000
Randy.Harwell@usdoj.gov

Certificate of Service

I hereby certify that on June 17, 2026, I caused a true copy of the

foregoing to be filed using the Court's CM/ECF filing system, which will send

an electronic notice of filing.

/s/Lacy R. Harwell, Jr.
Lacy R. Harwell, Jr.
Assistant U.S. Attorney