**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
| --- |
| **Preliminary Pretrial Conference** |

**Case Number: 5:26-cv-220-PGB-PRL**

**PATRICK SULLIVAN, et al,**                    **Plaintiff's Counsel: Stephen Carr**

      **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**                **Defense Counsel:  Lacy Harwell**
      **Defendant.**                                        **(appearing by phone), Avery**
                                                                  **Holloman**

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters courttranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | June 24, 2026 | Time: | 10:59 AM – 11:26 AM 27 minutes |

Case called. Appearances taken.

The parties discussed preliminary matters.

The Government's Motion to Dismiss is due by August 3, 2026. The response is due by September 30, 2026. Discovery is stayed pending the resolution of the Motion to Dismiss.

Court adjourned.