**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

PATRICK SULLIVAN, MARIE
SULLIVAN and ALAN E.
FISCHER, III,

       **Plaintiffs,**

v.                            **Case No: 5:26-cv-00220-PGB-PRL**

UNITED STATES OF AMERICA,

       **Defendant.**

_____/

## ORDER

This cause is before the Court following the Preliminary Pretrial Conference held before the undersigned on June 24, 2026, at 11:00 a.m.

It is hereby **ORDERED** as follows:

As discussed during the Preliminary Pretrial Conference, the briefing schedule for Defendant United States of America's ("**Defendant**") forthcoming motion to dismiss is as follows:

1. On or before **August 3, 2026**, Defendant may file a motion to dismiss. Failure to timely file such motion will result in the stay being lifted.

2. Plaintiffs Patrick Sullivan, Marie Sullivan, and Alan E. Fischer, III (collectively, the "**Plaintiffs**") may file their response in opposition to Defendant's forthcoming motion on or before **September 30, 2026**.

Failure to timely respond will result in the forthcoming motion being subject to treatment as unopposed pursuant to Local Rule 3.01(d).

Additionally, the Court finds good cause to stay the present action pending the resolution of Defendant's forthcoming motion to dismiss.[1] Accordingly, this case is hereby **STAYED** pending the resolution of Defendant's forthcoming motion to dismiss. The Clerk of Court is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on June 24, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1]   *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (finding that a court has broad discretion to stay proceedings or decline to do so incident to the court's inherent authority to manage its cases); *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (holding district courts have broad discretion to determine whether to stay proceedings before them).