IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICK SULLIVAN, MARIE
SULLIVAN, and ALAN E.
FISCHER, III, individually and on
behalf of all others similarly situated,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____/

Case No. 5:26-cv-220-PGB-PRL

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby enters her appearance as counsel for the United States of America and requests that the Court direct all notices and orders to undersigned counsel at the address indicated below.

Dated: August 3, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ *Avery A. Holloman*
Avery A. Holloman
Assistant U.S. Attorney
Florida Bar No. 1035595
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Avery.Holloman@usdoj.gov

2