## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

PATRICK SULLIVAN; MARIE )
SULLIVAN; and ALLAN E. )
FISCHER, III; individually and on )
behalf of all others similar situated, )    Case No. 5:26-cv-00220-PGB
)
    Plaintiff, )    **DECLARATION OF JOHNNY E. JAMES JR.**
)
v. )
)
UNITED STATES OF AMERICA )
)
    Defendant. )
)

I, Johnny E. James Jr., declare as follows:

1.  I am a Senior Counsel in the Office of the General Counsel, General Law

Division, for the United States Capitol Police (USCP or Department). In this position, I provide

legal advice and legal assistance on, among many other things, criminal matters, constitutional

matters, appropriations and procurement matters, matters concerning tort claims, and the overall

operations of the department. I have worked for the USCP Office of the General Counsel since

March 2024.[1]

2.  As part of my duties as delegated by the Chief of the Capitol Police, and in

accordance with regulations prescribed by the Attorney General and any regulations as the

Capitol Police Board may prescribe, I oversee the intake, evaluation, and recommended response

to claims submitted to the United States Capitol Police under the Federal Tort Claims Act

---

[1] The undersigned served from March 2024 to October 2025 on detail as a Special Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. The undersigned concluded his detail and thereafter began service as Senior Counsel in Washington, D.C. in November 2025, upon the resumption of government funding.

("FTCA"). *See* 2 U.S.C. § 1977(a) (USCP Chief to settle FTCA claims); 28 U.S.C. §§ 2671-2680 (FTCA statutes). As such, I have access to our physical and digital FTCA files.

3. As noted above, USCP consideration of FTCA claims is governed, in part, by the "Capitol Police Board Regulations for Settlement and Payment of Federal Tort Claims Act Administrative Claims and Claims Under the Military Personnel and Civilian Employees Claims Act." ("Regulations"). Per Section 3.A.1. of the Regulations, "a claim shall be deemed to have been presented when the United States Capitol Police receives, at a place designated in paragraph (3) of this section, original executed forms SF95[2] and SF1145,[3] or other written notification of an incident accompanied by a claim for money damages in a sum certain[.]" Paragraph 3 provides that "claims shall be filed with the United States Capitol Police, Office of General Counsel (OGC), 119 D Street, N.E., Suite 701, Washington, DC 20510."

4. On or around September 12, 2025, the USCP received from the Law Office of Austin Carr a letter dated August 21, 2025. The letter indicated the USCP should have already received a letter from Mr. Carr, and that the correspondence represented a "second group" of 14 claimants.

5. On or around September 16, 2025, the USCP received from the Law Office of Austin Carr a letter dated August 9, 2025. The envelope was addressed to "United States Capitol Police, 119 D Street NE, Washington, DC 20510." The letter indicated Mr. Carr's representation of 16 individuals "who were on the West side of the United States Capitol on January 6, 2021" and that each claimed they were "subject to excessive police force in the form of flash bombs and pepper spray, strikes with batons and other force detailed in their Forms 95." Included

---

[2] Standard Form 95, "Claim for Damage, Injury, or Death"
[3] Standard Form 1145, "Voucher for Payment Under Federal Tort Claims Act"

among the listed claimants were Alan E. Fischer, III; Marie Sullivan; and Patrick Sullivan ("Plaintiffs").

6.     Included with the letter dated August 9, 2025, were 16 putative SF-95 submissions. In each of the 16 claims, only the front face of the SF-95 was provided. The signatures provided on 15 of the claims were typewritten in the format of "/s/ [Claimant's Name]," and the 16th simply read "Pending Signature." Included among the 15 putative SF-95 forms with typewritten signatures were those attributed to Plaintiffs.

7.     No vouchers consistent with Standard Form 1145 were provided alongside the letter dated August 9, 2025, nor were any thereafter received by USCP.

8.     As of the date of the filing of the complaint on March 27, 2026, USCP did not respond to the SF-95 claims provided alongside the letter dated August 9, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 1st day of July, 2026, at Washington D.C.

Johnny E. James Jr.