IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

PATRICK SULLIVAN and           )
MARIE SULLIVAN and             )
ALAN E. FISCHER, III           )
individually and on behalf of all   )
others similarly situated,      )        Civ No. Case 5:26-cv-00220
                               )
        Plaintiff,             )
                               )
            v.                 )
                               )
UNITED STATES OF AMERICA,      )
                               )
        Defendants.            )

**DECLARATION OF ELIJAH JENKINS**

In accordance with the provisions of 28 U.S.C. § 1746, I, Elijah Jenkins, hereby declare as follows with respect to the above-styled case:

1. I am employed as a Supervisory Technical Support Specialist within the United States Department of Justice (the Department), Washington, D.C. As such, I am familiar with the processing of administrative claims presented under 28 U.S.C. § 2672 to the Department, which are based on the activities of employees of the Department.

2. All administrative tort claims under the Federal Tort Claims Act pertaining to the Department's activities are handled by the Civil Division of the Department except for those claims specifically directed to activities of the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Federal Prisons Industries, the United States Marshals Service, the Drug Enforcement Administration, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

3. I have caused the appropriate Records Systems within the Civil Division of the Department to be searched and I have found that one administrative tort claim dated August 8,

2025, from Alan E. Fischer, III, was received by the Department on December 12, 2025.  A copy

of the full administrative claim received and the accompanying cover letters (8 pages) are

attached hereto as Exhibit A.  Pursuant to 28 C.F.R. § 14.2 (b)(1), Mr. Fischer's claim was

transferred to the United States Capitol Police for handling on March 2, 2026.  *See* Exhibit B.

      4.   I declare under penalty of perjury that the foregoing is true and correct.  Executed

this   24th   day of June 2026, at Washington, D.C.

*Elijah F. Jenkins*

Digitally signed by
ELIJAH JENKINS
Date: 2026.06.24
16:20:34 -04'00'

ELIJAH F. JENKINS
Supervisory Technical Support Specialist
Civil Division

2

# Exhibit A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Capitol Police<br>119 D Street, NE<br>Washington, DC 20510 | Alan E. Fischer III<br>317 W Maxwell St<br>Lakeland, FL 33803 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☑ CIVILIAN | 4. DATE OF BIRTH<br>01/14/1994 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>01/06/2021 | 7. TIME (A.M. OR P.M.)<br>1:06 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

While the claimant was protesting on January 6, 2021 at the West side of the U.S. Capitol, the Capitol Police and D.C. Metropolitan Police acting on behalf of the Capitol Police used excessive force against the claimant causing claimant physical injuries. The excessive force took the form of various munitions launched against the protesters including but not limited to: pepper balls, rubber balls or bullets some filled with Oleoresin Capsicum ("OC"), FM 303 projectiles, sting balls, flash bang, sting bomb and tear gas grenades, tripple chasers,pepper spray, CS Gas and physical strikes with firsts or batons. No warnings were given. I was compliant with police and aiding injured protesters. USCP fired into the crowd striking me and others in the head. DC MPD arrived and began beating and using chemical and explosive weapons against protesters. See Fischer v. DC, filed January 5 2024.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

The claimant went to the U.S. Capitol to peacefully protest the presidential election. While the claimant was in the area of the West Side of the U.S. Capitol building police launched weapons referenced above and used excessive force. The claimant was struck and or exposed to the launched munitions and/or OC or CS Gas and suffered injuries as a result. The legal doctrine of equitable tolling allows the claimant to bring this claim at this time. U.S. v. Kwai Fun Wong, 575 U.S. 402 (2015). See Fischer v. DC, filed January 5 2024.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See FBI and Capitol Police database | The FBI and Capitol Police already maintain a database of 1,000+ witnesses |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $0.00 | $90,000.00 | $0.00 | $90,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>/s/ Alan E. Fischer III | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(813) 838-1299 | 14. DATE OF SIGNATURE<br>08/08/2025 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

**LAW OFFICE OF AUSTIN CARR**
*Board Certified Civil Trial Attorney*
6314 Engram Road
New Smyrna Beach, FL 32169
austin@austincarrlaw.com
cell: 786-282-2882

December 10, 2025

Federal Tort Claims Act Section
Torts Branch, Civil Division
U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
VIA FED EX #886940699681

RE:    GOOD FAITH EFFORT TO RESOLVE
       JANUARY 6 CLAIMS FOR EXCESSIVE POLICE FORCE
       (See, *Fischer v. United States*, Case No: 1:24-cv-00044-CRC)

Dear Sir or Madam:

I have previously mailed thirty-eight FTCA Forms 95 to Captain Sullivan of the U.S. Capitol Police. Copies of the Forms 95 and cover letters are enclosed. The first set was delivered on August 19, 2025. The delivery receipts from the U.S. Postal Service for each batch of Forms 95 are also enclosed.

I have not received any response from the Capitol Police. The legal purpose of the pre-suit notice and the Forms 95 is to give the United States an opportunity to negotiate settlement before the claimants file suit. Cong. Research Serv., *The Federal Tort Claims Act (FTCA): A Legal Overview* (R46725) (2023), at p. 34, https://crsreports.congress.gov/product/pdf/R46725. That is why I am reaching out to you before filing suit.

Please be on notice that all of my clients remain open to a fair and reasonable negotiation of their claims. We stand ready, willing and able. Settlements can be done individually or if the government wants, we can work on a global settlement for the entire group. As you will notice, most of the claims are for $90,000. However, some of the individuals suffered significantly more damages than others and their claims vary depending upon the circumstances.

Please get back to me sometime within the next three weeks as to how the United States would like to proceed. I look forward to hearing from you.

Sincerely,

Austin Carr, Esq.

2025 DEC 15 P 2 16

LAW OFFICE OF AUSTIN CARR
6314 Engram Road
New Smyrna Beach, FL 32169
austin@austincarrlaw.com
cell: 786-282-2882

August 9, 2025

United States Capitol Police
119 D Street, NE
Washington, DC 20510
Attn: Chief Michael G. Sullivan

RE:    Federal Tort Claims Notice
       Forms 95 for January 6, 2021
       West side of the US Capitol

Dear United States Capitol Police:

I am representing a number of individuals who were on the West side of the United States Capitol on January 6, 2021. Their names are listed below. Enclosed please find Form 95 claim forms for each of them.

These individuals were subject to excessive police force in the form of flash bombs and pepper spray, strikes with batons and other force detailed in their Forms 95. Examples of the type of police negligent misconduct included indiscriminate launching of munitions and pepper spray into the crowd that afternoon. Video examples of some of the officers' negligent misconduct, excessive and indiscriminate use of force can be found at the following "Rumble" links.

CLIP ONE - THEY SET US UP: RUMBLE: https://rumble.com/v5kikw5-j6-dc-police-they-set-us-up.html

CLIP TWO - THREE CHANCES:
RUMBLE: https://rumble.com/v5kil3p-j6-dc-police-you-were-supposed-to-give-them-3-chances.html

CLIP THREE - LOYD TO FIRE, WEST PLAZA TIMELINE:
RUMBLE: https://rumble.com/v5kiw9x-j6-capitol-first-moments-in-timeline-sequence.html

CLIP FOUR - MUNITIONS:
RUMBLE: https://rumble.com/v5kipil-j6-west-plaza-police-munitions-fired-into-crowd.html

DC MPD CRISTMAN THROWS 13 IN A ROW:
RUMBLE: https://rumble.com/v3e8xye-j6-132-136-pm-mpd-cop-throws-13-explosive-munitions-in-a-row-into-crowd-on-.html?e9s=src_v1_ucp

1

DC MPD THAU EDWARDS PAIN COMPLAINCE, ADMIT INCITING, HURTING INNOCENT PEOPLE: RUMBLE: https://rumble.com/v44s8vn-dc-mpd-officers-admit-hitting-and-inciting-innocent-people-a-clip-from-j6-a.html?e9s=src_v1_ucp

A list of the individuals whose Forms 95 are enclosed is as follows:

| | | |
|---|---|---|
| 1 | David Davis | |
| 2 | Mary DeWolfe | |
| 3 | Troy Faulkner | |
| 4 | Alan E. Fischer III | |
| 5 | Kathie Heering | |
| 6 | Andrew P Johnson | |
| 7 | Ronald Palentchar | |
| 8 | Dominic pezzola | |
| 9 | Mark Roger Rebegila | |
| 10 | Michelle Stauder | |
| 11 | Marie Sullivan | |
| 12 | Patrick Sullivan | |
| 13 | annie vo | |
| 14 | Deborah Wagner | |
| 15 | Michelle Weller | |
| 16 | Christopher J Worrell | |

Please accept these Form 95s as formal claims under the Federal Tort Claims Act. If you have any questions or if you or anyone in your agency believe that any of the forms are deficient in any way, please let me know immediately.

Sincerely,


Austin Carr, Esq.



ORIGIN ID:DABA    (786) 282-2882
AUSTIN CARR
AUSTIN CARR, P.A.
6314 ENGRAM ROAD

NEW SMYRNA BEACH, FL 32169
UNITED STATES US

SHIP DATE: 10DEC25
ACTWGT: 1.00 LB
CAD: 4273956/INET4535

BILL SENDER

TO  FEDERAL TORT CLAIMS ACT SECTION
TORTS BRANCH, CIVIL DIVISION
175 N STREET, NE

WASHINGTON DC 20002
(202) 616-4400    REF:
INV.
PO.    DEPT.

FedEx.
Express

FRI - 12 DEC 5:00P
** 2DAY **

TRK#
0201    8869 4069 9681

K6 JPNA

20002
DC-US    IAD

Align bottom of peel-and-stick airbill or pouch here.

④ Adhere the pouch to the package; do not wrap it over the edge.

Align top of FedEx Express® shipping label here.



Sign Up or Log In

  

Tracking ID: 886940699681  

Local Scan Time ∨

This is an older tracking ID. We're displaying all of the information we have.

| | |
|---|---|
| **Tracking ID** | 886940699681 |
| **Delivered** | Friday, 12/12/2025, 10:56 AM |
| **Delivery Status** | Delivered |
| **From** | NEW SMYRNA BEACH, FL, US |
| **To** | WASHINGTON, DC, US |
| **Ship date** | Wednesday, 10/12/2025 |
| **Service** | FedEx 2Day |
| **Special handling** | Deliver Weekday |

↓ **Obtain proof of delivery**

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

Transportation Contracting Opportunities

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2026

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices

# Exhibit B

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

GKJ:HLSwann:hls
157-6656

*Post Office Box 888*

*Benjamin Franklin Station*
*Washington, D.C.   20044*

March 2, 2026

Ms. Magdalena Boynton
Chief Administrative Officer
Office of the General Counsel
U.S. Capitol Police (USCP)
119 D Street, N.E.
Washington, D.C.   20510-7218

      Re:   <u>Administrative Tort Claims of:</u>

First Set:

| | | | |
|---|---|---|---|
| 1) David Davis | 5) Kathie Heering | 9) Mark Roger Rebegila | 13) Annie Vo |
| 2) Mary DeWolfe | 6) Andrew P. Johnson | 10) Michelle Stauder | 14) Deborah Wagner |
| 3) Troy Faulkner | 7) Ronald Palentchar | 11) Marie Sullivan | 15) Michelle Weller; and |
| 4) Alan E. Fischer, III | 8) Dominic Pezzola | 12) Patrick Sullivan | 16) Christopher J. Worrell |

Second Set:

| | | | |
|---|---|---|---|
| 17) Benjamin S. Burlew | 21) Joseph R. Fisher | 25) Debra Maimone | 29) Philip C. Vogel, II |
| 18) Eric Clark | 22) Kari Hoffman | 26) Michael Oliveras | (missing); and |
| 19) Phillip M. Crawford, Jr. | 23) Luke Hoffman | 27) Joseph Pavlik | 30) Peter J. Willey, Jr. |
| 20) Joshua Dale | 24) Annie Howell | 28) Chance Uptmore | (missing) |

Third Set:

| | |
|---|---|
| 31) Jon Heneghan | 34) Howard C. Richardson; and |
| 32) Luciana Hoffman | 35) Daniel Shaw |

Fourth Set:

36) Tammy Butry (Bronsburg)    37) Shane Jenkins; and    38) Kenneth J. Reda

Dear Ms. Boynton:

      This concerns four sets of administrative tort claims (with various dates) submitted via Federal Express to the Department of Justice (Department) on December 12, 2025.  The sets were forwarded by a cover sheet dated December 10, 2025, and then individual letters dated August 9, 2025, August 21, 2025, September 19, 2025, and November 12, 2025, respectively.  Notably, the claims of Mr. Philip C. Vogel, II and Mr. Peter J. Willey, Jr. were not included in Set Two.  Mr. Austin Carr, an attorney representing these January 6th claimants, sent these claims to the Department because he had not received an acknowledgment of the claims when delivered directly "to Captain Sullivan of the U.S. Capitol Police" by the U.S. Postal Service on August 19, 2025.  We are forwarding them to your office.

      Very truly yours,

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

Enclosures

cc:     Mr. Austin Carr
         Law Office of Austin Carr
         6314 Engram Road
         New Smyrna Beach, FL   32169