IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICK SULLIVAN, MARIE
SULLIVAN, and ALAN E.
FISCHER, III, individually and on
behalf of all others similarly situated,

     Plaintiffs,

v.

UNITED STATES OF AMERICA,

     Defendant.
_____/

Case No. 5:26-cv-220-PGB-PRL

## NOTICE OF LOCAL RULE 3.01(g) CERTIFICATION

On August 4, 2026, Plaintiffs' counsel informed undersigned counsel that

Plaintiffs intend to oppose the relief requested in the Motion.

Dated: August 4, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Avery A. Holloman*
     Lacy R. Harwell, Jr.
     Assistant U.S. Attorney
     Florida Bar No. 714623
     U.S. Attorney's Office
     400 N. Tampa St., Ste. 3200
     Tampa, FL 33602
     Tele. (813) 27406000
     Randy.Harwell@usdoj.gov

Avery A. Holloman
Assistant U.S. Attorney
Florida Bar No. 1035595
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Avery.Holloman@usdoj.gov

2